UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62428-CIV-WILLIAMS/REID
(12-60049-CR-WILLIAMS)

ROGERIO CHAVES SCOTTON,
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

GOVERNMENT'S MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO RESPOND TO
MOVANT'S MOTION TO VACATE, SET ASIDE OR
CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

    The United States of America, by and through its undersigned Assistant United States Attorney, moves this Honorable Court for a thirty-day enlargement of time within which to respond to movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to Title 28, U.S.C., Section 2255. The grounds for this motion are as follows:

    1.    On December 11, 2017, movant filed the § 2255 motion at issue here (DE 1). The forty-nine page motion raises several allegations of ineffective assistance of counsel.

    2.    On December 11, 2017, movant filed a motion for leave to amend his motion (DE 3). This motion in turn raises several more allegations.

    3.    On December 28, 2017, the Court entered an order dismissing the motion (DE 8). Movant appealed (DE 10-11). After the government conceded error before the appellate court, the Eleventh Circuit Court of Appeals entered judgment vacating and remanding the motion to this

Court as having been improperly dismissed as an unauthorized second or successive § 2255 motion (DE 23).

4. On April 30, 2019, the Court entered an order re-opening the case and referring the matter to Magistrate Judge Reid (DE 24).

5. On May 17, 2019, movant filed a supplemental memorandum in support of his motion to vacate (DE 27). This forty-six page motion raises several more issues, both new as well as supplemental to the issues already raised. Movant did not receive leave of Court to file this second amended motion pursuant to Fed.R.Civ.P. 15(a).

6. On October 7, 2019, Magistrate Judge Reid entered an Order to Show Cause requiring the government to respond to the motion within thirty days, or on or before November 6, 2019 (DE 43).

7. On October 24, 2019, movant filed another motion seeking to amend his § 2255 motion (DE 49). This twenty-eight page motion was also filed without leave of Court to amend under Fed.R.Civ.P. 15(a).

8. The undersigned needs additional time because the Movant's multiple pleadings are confusing, rambling and difficult to sort out. He has raised a plethora of issues that require additional time to both decipher and address. This matter has presented more challenges that have taken, and continue to take more time, than expected at the outset of this endeavor.

WHEREFORE, the United States respectfully requests that the Court extend its response time to December 6, 2019.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: */s Bertha R. Mitrani*
Bertha R. Mitrani
Assistant United States Attorney
Florida No. 88171
500 E. Broward Blvd., 7TH Floor
Ft. Lauderdale, FL 33394
Telephone No.: (954) 660-5691
Email: Bertha.Mitrani@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. This is to certify that a copy of the foregoing has been mailed to: Rogerio Chaves Scotton, 99370-004, D. Ray James Correctional Institution, Inmate Mail/Parcels, Post Office Box 2000, Folkston, GA 31537

s/    *Bertha R. Mitrani*

Bertha R. Mitrani