UNITED STATES DISTRICT COURT
WILKIE D. FERGUSON, JR.
U.S. COURTHOUSE RECORDS
400 NORTH MIAMI AVENUE 8th FLOOR
MIAMI, FL 33128

October 26, 2019



      RE: OBTAINING RECORDS FROM CASE: US vs. SCOTTON
         12-CR-60049-KMW
         17-CV-62428-KMW

Dear Clerk's Office:

   The purpose of this letter is to respectfully request the following records from the case above:

   1) Government's exhibit of count 13 and 14 which is the package waybill and commercial invoice.

   2) I would also like to request pursuant to § 3006A all court's appointed attorneys vouchers which should included the attorneys work sheet and work history with hours conducted in this case.

   I have on numerous occasion requested these documents mentioned above because theses documents are related to my § 2255 which is currently pending in this court.

   I have also already been declared indigent by this Hoborable Court on other occasions. Thus, I am respectfully requesting theses documents

(1)

without any court fees.

Please let me know if there is any other requirements to obtained these records which is needed to properly and effectively proceed with my § 2255.

Respectfully Submitted,

ROGERIO CHAVES SCOTTON
REG NO: 99370-004
D. RAY JAMES C.F.
P.O. BOX 2000
FOLKSTON GA 31537


THIS LETTER WAS MAILED ON OCTOBER 26, 2019 via, Uited States Postal Service (USPS) certified mail through, D. Ray James C.F. legal mail.

ROGERIO CHAVES SCOTTON
REG NO: 99370-004
P.O. BOX 2000
FOLKSTON GA 31537

(2)

ROGERIO CHAVES SCOTTON
REG NO: 99370-004
D. RAY JAMES CORRECTION FACILITY
P.O. BOX 2000
FOLKSTON GA 31537

LEGAL MAIL!!!

TO: UNITED STATES DISTRICT COURT
WILKIE D. FERGUSON, JR.
U.S. COURTHOUSE RECORDS
400 NORTH MIAMI AVENUE 8th FLOOR
MIAMI, FL 33128

33128-180199

LEGAL MAIL!!!

OCT 30 2019

USMS INSPECTED

RECEIVED
NOV 05 2019
1:24 PM

D. Ray James Prison
Hwy 252 - P.O. Box 2000 - Folkston, GA 31537
"The enclosed letter was processed through special
mailing procedures for forwarding to you. The
letter has been neither opened nor inspected. If
the writer raises a question or problem over which
this facility/center has jurisdiction, you may wish
to return the material for further information or
clarification. If the writer encloses correspondence
for forwarding to another addressee, please return
the enclosure to the above address."

USA FOREVER